UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BONE,<br><br>        Plaintiff,<br><br>   v.<br><br>LOWE'S HOME CENTER, LLC, et al.,<br><br>        Defendants. | No.  2:15-CV-2576 KJM CKD<br><br><br>ORDER |

        In an order filed by the court on December 14, 2015, the status conference for the above case was set for April 14, 2016, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed their joint status report on April 7, 2016, but there was no appearance by plaintiff's counsel Hank Greenblatt at the April 14th conference.

        Accordingly, Mr. Greenblatt is ordered to show cause why he should not be sanctioned in the amount of $250.00 for failing to appear at the status conference.

DATED:  April 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

1